No. 74–6272. ACOSTA DE EVANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6278. WEEMS v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied. Reported below: 506 F. 2d 1055.

No. 74–6287. DUEMMEL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 513 F. 2d 634.

No. 74–6297. MONTOYA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 509 F. 2d 574.

No. 74–6307. McINTYRE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 508 F. 2d 403.

No. 74–6340. HOLLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 510 F. 2d 453.

No. 74–6369. POITRA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–6397. FOSTER v. MICHIGAN. Cir. Ct., Oakland County, Mich. Certiorari denied.

No. 74–6399. RICHARDS v. KENTUCKY. Ct. App. Ky. Certiorari denied. Reported below: 517 S. W. 2d 237.

No. 74–6405. LASKY v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–6406. PLOUF v. CONNORS, DIRECTOR, VETERANS ADMINISTRATION REGIONAL OFFICE, ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 515 F. 2d 502.

No. 74–6412. CASPER v. BLACKLEDGE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–6448. DENMAN v. RUSSELL ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 505 F. 2d 729.